# United States Court of Appeals for the Federal Circuit

March 1, 2011

**ERRATA**

Appeal No. 2009-1460

**SPANSION, INC. AND SPANSION, LLC,**
*Appellants,*

**AND**

**FREESCALE SEMICONDUCTOR, INC.,**
*Appellant,*

**AND**

**ATI TECHNOLOGIES, ULC,**
*Appellant,*

**AND**

**STMICROELECTRONICS N.V.,**
*Appellant,*

**AND**

**QUALCOMM INCORPORATED,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**TESSERA, INC.,**
*Intervenor.*

Decided:  December 21, 2010
Precedential Opinion

_____

Please make the following change:

Page 35, line 5, after "must show" insert --, *inter alia*--.